IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANS and URSULA NITZKO | : | |
| | : | CIVIL ACTION NO. 02-CV-4270 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                    Aline Fairweather


_____     _____
Erin Brennan                        Kirstin J. Miller


    DECHERT PRICE & RHOADS
    4000 Bell Atlantic Tower
    1717 Arch Street
    Philadelphia, PA  19103-2793
    (215) 994-4000